IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NENR INVESTMENTS, LLC, a
Tennessee Limited Liability Company,

    Plaintiff,

v.                                                    Case No. 3:08cv469/LAC

STARBUCKS CORPORATION,
a Washington Corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff has informed the Court that a settlement has been reached between the parties. Therefore, this case is **DISMISSED** from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days from the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 28th day of May, 2009.

                                                          s/*L.A. Collier*
                                                   Lacey A. Collier
                                      Senior United States District Judge